IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.   14-cv-00456-REB-MEH | Date:   October 9, 2014 |
| Courtroom Deputy: Molly Davenport | **FTR – Courtroom A501** |

CONNOR McSWEENEY
    Plaintiff,

vs.

PETER JANES, M.D.
KATHYRN REANEY P A-C
    Defendants,


JENNIFER THEISEN, RRT
ST. ANTHONY SUMMIT MEDICAL CENTER
VAIL-SUMMIT ORTHOPAEDICS, P.C.
    Defendants.

James Leventhal
Nicholas Temming

Jonathan White

Sara Claire Sharp
Chad Gillam

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:   2:43 p.m.**

Court calls case.   Appearance of counsel
.
**ORDERED:**     IT IS ORDERED THAT the [document #45] Motion for Protective Order Pursuant to FRCP 26 (C) is GRANTED and the proposed Protective Order is adopted**.**

**ORDERED:**     Rulings on discovery issues were stated on the record.

**Court in recess:   3:59 p.m.   (Hearing concluded)**
**Total time in court:   1:26**

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.