**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-00456-REB-MEH

CONNOR McSWEENEY,

    Plaintiff,

v.

PETER JANES, M.D.,
KATHRYN REANEY, PA-C,
JENNIFER THEISEN, RRT,
ST. ANTHONY SUMMIT MEDICAL CENTER, and
VAIL-SUMMIT ORTHOPAEDICS, P.C.,

    Defendants.

## ORDER DISMISSING PARTIES

**Blackburn, J.**

The matter is before me on the **Stipulated Motion for Dismissal with Prejudice of Defendants St. Anthony Summit Medical Center and Jennifer Theisen, RRT** [#92][1] filed August 3, 2015.  After careful review of the stipulated motion and the file, I conclude that the motion should be granted and that the claims of the plaintiff against defendants, St. Anthony Summit Medical Center, and Jennifer Theisen, RRT, should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion for Dismissal with Prejudice of Defendants St. Anthony Summit Medical Center and Jennifer Theisen, RRT** is granted;

---

[1] "[#92]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

    2.  That claims of the plaintiff against defendants, St. Anthony Summit Medical Center, and Jennifer Theisen, RRT, are dismissed with prejudice, with the parties to pay their own attorney fees and costs; and

    3.  That defendants, St. Anthony Summit Medical Center, and Jennifer Theisen, RRT, are dropped as parties to this action, and the caption shall be amended accordingly.

    Dated August 3, 2015, at Denver, Colorado.

    **BY THE COURT:**

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge