**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-00456-REB-MEH

CONNOR McSWEENEY,

      Plaintiff,

v.

PETER JANES, M.D.,
KATHRYN REANEY, PA-C, and
VAIL-SUMMIT ORTHOPAEDICS, P.C.,

      Defendants.

**ORDER OF DISMISSAL**

**Blackburn, J.**

The matter is before me on the **Stipulated Motion To Dismiss Peter Janes, M.D., Kathryn Reaney, PA-C, and Vail-Summit Orthopaedics, P.C.** *with Prejudice* [#94][1] filed August 4, 2015. After careful review of the stipulated motion and the file, I conclude that the motion should be granted and that the claims of the plaintiff against defendants, Peter Janes, M.D., Kathryn Reaney, PA-C, and Vail-Summit Orthopaedics, P.C., should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss Peter Janes, M.D., Kathryn Reaney, PA-C, and Vail-Summit Orthopaedics, P.C.** *with Prejudice* is granted;

2. That the claims of the plaintiff against defendants, Peter Janes, M.D., Kathryn

---

[1] "[#94]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

Reaney, PA-C, and Vail-Summit Orthopaedics, P.C., are dismissed with prejudice, with the parties to pay their own attorney fees and costs; and

    3.  That this case is closed.

Dated August 6, 2015, at Denver, Colorado.

                        **BY THE COURT:**

*Bob Blackburn* (signature)
Robert E. Blackburn
United States District Judge